# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JARROD MCDOWELL,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 3:15cv177/MCR/CJK**

**JULIE L. JONES,**

    **Respondent.**
_____/

## **ORDER**

This cause comes before the Court on consideration of the Magistrate Judge's Report and Recommendation dated March 23, 2017. ECF No. 33. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 33, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment of conviction and sentences in *State of Florida v. Jarrod Rondell McDowell*, Escambia County Circuit Court Case Nos. 09-CF-4720 and 09-CF-4721, is **DISMISSED WITH PREJUDICE**.

3. The clerk is directed to close the file.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 21st day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**